McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:04-cr-05362 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON STATE OF CALIFORNIA |
| v. | ) | WRIT FOR HABAES CORPUS AD |
| | ) | PROSEQUENDUM |
| EDILBERTO JAQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On March 29, 2007, the Honorable Jonathan B. Conklin, Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for proceedings in the case of People v. Edilberto Jaquez, et al.. The arraignment/pre-preliminary hearing in that action is now to commence on April 4, 2007. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action. It appearing that the defendant's presence is needed in the state action, and that the next court appearance in the above-entitled case is April 16, 2007;

1

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may take custody of the defendant pursuant to the terms of the writ, attached hereto, and return him to the custody of the United States Marshal immediately after his preliminary hearing and no later than April 13, 2007.  The defendant may be transported to subsequent state court appearances pursuant to this writ as long as they do not conflict with hearing scheduled in the above-entitled action.

IT IS FURTHER ORDERED that the defendant not be transported to State Prison prior to being returned to the custody of the United States Marshal.

IT IS SO ORDERED.

**Dated:   April 3, 2007**              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

2